**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                             CASE NO.  3:06cr39LAC

JOSE MOSES COLON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _May 23, 2006_
Motion/Pleadings: MOTION TO SUPPRESS EVIDENCE
Filed by DEFENDANT_____ on _5/22/2006_____ Doc.# _11_____
RESPONSES:
BY GOVERNMENT_____ on _6/1/2006_____ Doc.# _15_____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

                      WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy*_____
LC (1 OR 2)            Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of June, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b) See record of hearing.*

                         s/*L.A. Collier*_____
                           **LACEY A. COLLIER**
              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.